UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN FELLOWS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1-16-cv-202 |
| | ) | |
| UMA EDUCATION INC. d/b/a ULTIMATE MEDICAL ACADEMY | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, ANN FELLOWS ("Plaintiff"), by and through the undersigned counsel, hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

So Ordered_____

Respectfully submitted,

Dated: November 23, 2016

/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-861-1390
ahill@consumerlawcenter.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                /s/ Adam T Hill
                                                Adam T Hill