**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANN FELLOWS,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>UMA EDUCATION, INC. d/b/a "ULTIMATE  )<br>MEDICAL ACADEMY,"  )<br>  )<br>      Defendant.  ) | Civil Action No. 1:16-cv-00202-BR<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs to either side.

Dated:  December 2, 2016        Krohn & Moss Ltd.

/s/ Adam T. Hill
Adam T. Hill, Esq.
10 N. Dearborn St., 3rd Floor
Chicago, Illinois 60602
Telephone: (312) 578-9428
Facsimile: (866) 861-1390
Email: ahill@consumerlawcenter.com
*Counsel for Plaintiff Ann Fellows*

Dated:  December 2, 2016        WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Tonia Ouellette Klausner
Tonia Ouellette Klausner, Esq.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: tklausner@wsgr.com
*Counsel for Defendant UMA Education, Inc.*